UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No.: 8:20-cr-201-36SPF

DOYLE ADAM CORPUS STEELE
_____ /

## SENTENCING MEMORANDUM IN SUPPORT
## OF A DOWNWARD VARIANCE

Doyle Corpus Steel rose before dawn every day. He got dressed in

the dark so he would not wake up his girlfriend. He exited his house

with soft footsteps into the darkness of the street. From there he made

his way to the docks, as early as possible. Once he arrived, he would

jostle with other hopeful Colombians for his place on the crew of

someone else's boat. The boat would take off as the sun rose. Mr.

Corpus Steel would fish for so many hours, his hands would cramp and

the skin on his neck would burn. If they did not catch enough, they slept

1

on the hard floor of the boat, shoved together like sardines. Sometimes they stayed out for days, returning sunburned and sore. When the fishing was good, he would earn 300,000-450,000 Colombian pesos ($86.43-$129.65 USD) weekly.

He continued to show up to fish everyday until mid-March when Covid shut down the world. Colombia was no different – the government ordered a lockdown in mid-March, costing Mr. Corpus Steel, his girlfriend and his two-year-old son all their income. In mid-April, Colombia slowly began to reopen. Despite the grueling hours in the sun, Mr. Corpus Steel had only scraped together a couple of months of savings. He went back to the dock, in the dark, hoping to start fishing again. But the restaurants were mostly still closed and hardly anyone was buying. The ships sat at the dock, still and empty. Before he knew it, the government shut down the country again. Mr. Corpus Steel remained at home, watching his money dwindle to nothing. Colombia's

lockdown would stretch over four months, one of the longest and most punishing in the world.[1]

His girlfriend encouraged him to go see a doctor. He had developed hard lumps near his wrists and around his upper body. Normally he was too busy working – but now he was unemployed. He left his home for one of the first times to see his local doctor. The news was scary. The doctor wanted tests – a lot more – and biopsies. He heard the doctor mention lymphoma. Overwhelmed, he returned home and put his head in his hands. He didn't want to tell his girlfriend, and simply muttered that he needed tests.  The lumps did not seem like a small annoyance anymore, now they seemed like a possible death sentence. And all the tests and biopsies would cost money – a lot of money – and that was one thing Mr. Corpus Steel did not have, not anymore.

---

[1] Armario, Christine, "Colombia's long virus lockdown fuels anxiety and depression", *Washington Post*, August 5, 2020.

Despite the strict lockdown, one industry still offered employment – drug traffickers. And they had their pick of fisherman now. They knew experienced men sat at home, without income and losing hope. Mr. Corpus Steel was ripe for the recruiting. One offer was a substantial payment, more money than his family had ever seen. And the alternative was no wages, and a slide into debt for medical fees. He made a terrible choice, wrought of terrible conditions. At least his family would have a cash payment in case it was cancer. After all, he couldn't really afford the tests, let alone any treatment. At least this way, he figured, he could leave something to his family. His mother could not work, disabled and abandoned since his father left. Mr. Corpus Steel knew it was wrong, but he let his fear dictate his choice.

He boarded the drug boat near home, but now sits in a United States jail cell and comes before a United States Court. He remains afraid, but now in a different way. Intermingled with his regret and his

fear is a sliver of hope. He works on his fledging English skills with some of the guards and fellow inmates. He looks for beginning English books. He remains hopeful he can get tests and biopsies. But nothing can replace his yearning for home. While waiting in jail he received a letter from home bearing awful news. A pot was boiling on the stove for dinner, when it was accidently knocked off. The searing water landed on his two-year-old son Abdiel. The water caused terrible burns. Abdiel was rushed to the hospital and underwent several skin surgeries.

Mr. Corpus Steel didn't hear about the burns until weeks later. Afraid to show weakness in the jail, he put his head in his hands to cry in secret. The enormity of his situation sank all the way in. He was over 1,600 miles from home, and he couldn't do anything to help his son. His decision, made to help his family, brought him the opposite. He now sat helpless and alone, unable to offer any more support than a letter. He plans to use his time to learn English and computers. He knows if his

health allows, he can return home with more skills and receive better

employment. Higher wages, far from the beating sun, could help his son

and entire family. Maybe then, he can make up his mistake to them, one

day at a time.

## Conclusion

Mr. Corpus Steel respectfully moves this Court, based upon

consideration of the factors enumerated in 18 U.S.C. § 3553(a) as well as

further grounds to be argued at sentencing, to impose a sentence below

the advisory guideline which would be "sufficient but not greater than

necessary" to achieve the purposes of sentencing.

DATED this 18th day of March, 2021.

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*/s Nicole Hardin*
Nicole Hardin
Assistant Federal Defender

6

Bar#: 0026194
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Tel.:   (813) 228-2715
Fax:   (813) 228-2562
Email: Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2021, a true copy

of the foregoing was filed with the Clerk of the Court using the CM/ECF

system, which will send a notice of the electronic filing to:

Daniel Baeza, AUSA

/s Nicole Hardin
Nicole Hardin
Assistant Federal Defender